Theodore S. Flier, Esq.
State Bar No. 23734
FLIER AND FLIER
15821 Ventura Boulevard, Suite 567
Encino, California 91436
(818) 990-9500
Fax: (818) 990-1303

Attorney for Defendant
ARMENAK NSHAYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. Cr.S-00-327 DFL |
| Plaintiff, | [PROPOSED] ORDER TO EXONERATE PROPERTY BOND |
| v. | |
| ARMENAK NSHAYAN, | |
| Defendant. | |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the bond in this matter be exonerated and the reconveyance of the deed of trust be issued forthwith.

Dated: 5/3/2005

_____
DAVID F. LEVI
United States District Judge

CERTIFICATE OF SERVICE BY MAIL

I, CATHERINE HAMMER, declare:

That I am a citizen of the United States and a resident or employed in Los Angeles County, California; that my business address is: Law Offices of Flier and Flier, 15821 Ventura Boulevard, Suite 567, Encino, California 91436; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by Theodore S. Flier who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this certificate was made; that on **May ___, 2005**, I deposited in the United States mail, in the above-entitled action, in an envelope bearing the requisite postage, a copy of:
**[PROPOSED] ORDER TO EXONERATE PROPERTY BOND**

addressed to :
**Norman Y. Wong
Assistant United States Attorney
United States Attorney's Office
501 I Street, Suite 10-100
Sacramento, California 95814**

at THEIR last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on **May ___, 2005**, at Encino, California.

I certify under penalty of perjury that the foregoing is true and correct.

_____
CATHERINE HAMMER