

**RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

FILED

JAN 2 3 2006

CLERK, U.S. DISTRICT COURT
STERN DISTRICT OF CALIFORN

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. ) Docket Number: 2:00CR00327-01 DFL
)
ARMENAK NSHANYAN )
)

### LEGAL HISTORY:

On May 23, 2002, the above-named was placed on Supervised Release for a period of three years, which commenced on January 30, 2004. Special conditions included a requirement for Warrantless Search and Seizure; Financial Disclosure, Financial Restrictions; $76,178 restitution and a $100 Special Assesment.

### SUMMARY OF COMPLIANCE:

Nshanyan has complied with all conditions and special conditions of Supervised Release, including full payment of restitution, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Nshanyan has derived maximum benefit from supervision and is not in need of continued supervision.

### RECOMMENDATION:

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

It is further recommended the Court find the imposed criminal restitution was collected directly by the victim agency, DHS; the criminal debt is deemed fully satisified; and the Financial Litigation Unit of the United States Attorney's Office is ordered to release all liens recorded against Nshanyan.

**Re:** **NSHANYAN, Armenak**
Docket Number: 2:00CR00327-01
RECOMMENDATION TERMINATING
<u>SUPERVISED RELEASE PRIOR TO EXPIRATION DATE</u>

Respectfully submitted,

*Teresa C. Hoffman*
Teresa C. Hoffman
**United States Probation Officer**

Dated: January 18, 2006
Sacramento, California

**REVIEWED BY:**

JOE E. GLASPIE
Deputy Chief United States Probation Officer

tch
cc:   AUSA Daniel S. Linhardt (Pursuant to Rule 32, notice of proposed relief to the Supervised Release is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised release Prior to Expiration Date, will be submitted to the Court for approval.) On 1/18/2006, the government stated it had no objection to this action.

2

Rev. 03/2005
EARLITRM.MRG

PROB 35

# ORDER TERMINATING SUPERVISED RELEASE
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | Docket Number: 2:00CR00327-01 |
| ARMENAK NSHANYAN | |

On May 23, 2002, the above-named was placed on Supervised Release for a period of three years, which commenced on January 30, 2004. Nshanyan has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Teresa C. Hoffman
United States Probation Officer

Dated:    January 17, 2006
          Sacramento, California

REVIEWED BY:  _____
Joe E. Glaspie
Deputy Chief United States Probation Officer

Rev. 03/2005
PROB35.MRG

Re:     **ARMENAK NSHANYAN**
        Docket Number:  2:00CR00327-01
        **ORDER TERMINATING SUPERVISED RELEASE**
        **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated. The Court finds the imposed criminal restitution was collected directly by the victim agency, DHS; the criminal debt is deemed fully satisfied; and the Financial Litigation of the United States Attorney's Office is ordered to release all liens recorded against Nshanyan.

_1/20/2006_
**Date**

_David F. Levi_
**David F. Levi**
**Chief United States District Judge**

tch
Attachment:   Recommendation
cc:     United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office